**No. 61649.**—Modernaire Furniture, Inc., et al. *v.* United States, protests 280750–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the items entered, or withdrawn from warehouse, for consumption prior to June 30, 1956, were held dutiable at 12½ percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items entered, or withdrawn from warehouse, for consumption on and after said date were held dutiable at 11½ percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).

**No. 61650.**—Howard Dietrich & Son, Inc., and Cohen & Mann et al. *v.* United States, protests 191475–K, etc. (New York).

Opinion by MOLLISON, J.  No effort having been made to present evidence on the issues involved herein, the protests were dismissed for lack of prosecution.

**No. 61651.**—Alltransport, Incorporated *v.* United States, protest 304003–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of barium nitrate, the claim of the plaintiff was sustained.

**No. 61652.**—Nixon Nitration Works *v.* United States, protest 230144–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of "BB" camphor powder the same in all material respects as that the subject of Abstract 61198, the claim of the plaintiff was sustained.